■ SALES To INDUSTRY CORP., Respondent, v JOHNSON ELECTRIC NORTH AMERICA, INC., Appellant. — In an action to recover a commission allegedly earned by plaintiff pursuant to a sales representation contract, defendant appeals from an order of the Supreme Court, Suffolk County (Orgera, J.), dated June 24, 1982, which denied its motion for summary judgment. Order affirmed, with $50 costs and disbursements. As a matter of law, there has been no showing of duress in this case. Nevertheless the existence of other material issues of fact precludes a grant of summary judgment (*Sillman v Twentieth Century-Fox Film Corp.*, 3 NY2d 395; *Moyer v Briggs*, 47 AD2d 64). Lazer, J. P., Gulotta, Brown and Boyers, JJ., concur.

■ JAMES C. SOWARBY, as Administrator of the Estate of JOHN M. SOWARBY, Deceased, Appellant, v GERARD E. DOHRENWEND et al., Respondents. — In a wrongful death action, plaintiff appeals from a judgment of the Supreme Court, Dutchess County (Quinn, J.), entered April 7, 1981, which dismissed the complaint, upon a jury verdict. Judgment affirmed, with costs. We reject plaintiff's contentions that the driver was negligent as a matter of law or that the verdict in defendants' favor was against the weight of the evidence. On this record, the question of whether the speed of the vehicle was reasonable and prudent under the circumstances (see Vehicle and Traffic Law, § 1180, subds [a], [e]) was a matter for the jury, and we are disinclined to overturn the verdict. Mollen, P. J., Lazer, Weinstein and Rubin, JJ., concur.